ANDREW W. MERWIN, respondent,

*v.*

VIRGINIA M. MERWIN, appellant.

[Argued February 6th, 1947.  Decided April 24th, 1947.]

*Mr. Richard J. Mackey,* for the appellant.

*Mr. Matthew F. Melko,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion filed in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, WELLS, DILL, FREUND, McLEAN, JJ. 10.

*For affirmance on the result*—HEHER, RAFFERTY, JJ. 2.

*For modification*—McGEEHAN, J. 1.